UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA**

v.   2:08.CR76

**ERIC JUNIOR HOLLOWELL, SR.**

Defendant.

### REPORT AND RECOMMENDATION
### CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to possession with intent to distribute crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii). On May 2, 2008, defendant appeared before the Court for the purpose of entering his guilty plea. Defendant was represented by appointed counsel, Arenda Wright Allen, Esquire. In the course of the proceeding, defendant acknowledged his understanding of the right to be indicted and consented proceeding on the criminal information of the United States Attorney.

During the plea colloquy, and in response to a question asked by the Court, defendant indicated that he thought his constitutional rights had been violated when a statement was taken from him. Defense counsel stated that the procedure used did, in fact, violate defendant's rights, and she brought the violation to the attention of the United States Attorney. Counsel for the government acknowledged that an error had been made, but indicated that the problem was cured by the nonuse of any material in defendant's statement in preparation of the statement of

facts. Counsel for defendant concurred, and the problem no longer exists.

Defendant was appropriate in appearance, responsive, and competently prepared for the hearing. He answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending completion of a presentence report.

Defendant is twenty-eight years of age, attended school to the tenth grade and has completed a high school GED program, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered his guilty plea pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                                     /s/
                                          James E. Bradberry
                                          United States Magistrate Judge

Norfolk, Virginia

May 6, 2008

3